ARCHIBALD WILLIAMSON and Others v. NEW YORK OVERSEAS COMPANY, INC.— Motion for stay pending application for leave to appeal denied; stay contained in order to show cause continued for five days. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

SIMON BRINN and Another, Respondents, v. HARRY HINDLEMANN, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

WALTER R. BURROWS, Respondent, v. CONSACO SALES COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SARAH T. COCKCROFT, as Executrix, etc., of JOHN V. COCKCROFT, Deceased, Appellant, v. RUDOLPH P. MILLER and Others, the Appointed Members of the Board of Standards and Appeals, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

WAGNER TRADING COMPANY, Respondent, v. VINCENZO RADILLO, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

DAVID SCHLESINGER, Appellant, v. GOODMAN COLLAR COMPANY, INC., Respondent.— Order reversed and case restored to the calendar and to be marked settled, in accordance with the acknowledged agreement of the parties, without costs to either party. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

CAROLINE M. ROBINSON, Respondent, v. HUBERT E. ROGERS and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

FRANKLIN KNITTING MILLS, Respondent, v. MOSES WALLACH and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

LOUISE CHRISTMAN and Others, as Administratrices, etc., of JACOB WICKS, JR., Deceased, Respondents, v. RAE LEVINSON, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

WESLEY J. JONES, Respondent, v. HENRY D. BREWSTER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Date for examination to proceed to be fixed in order. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.